AMERICAN LIFE & ACCIDENT INSURANCE CO. OF KENTUCKY, Appellant,

v.

Lucy BOATWRIGHT, Appellee.

Court of Appeals of Kentucky.

Oct. 21, 1960.

Wallace, Turner & Reed, Lexington, Delbert Eagle, Lancaster, for appellant.

Edward P. Roark, Lancaster, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Garrard Circuit Court, Hon. K. S. Alcorn, Judge, on an insurance policy for $1,060.

Upon consideration, the court is of the opinion that the judgment is correct. The motion for an appeal is overruled, and the judgment stands

Affirmed.

SALES FURNITURE COMPANY, Inc., Appellant,

v.

HILCO ENTERPRISES, INC., Appellee.

Court of Appeals of Kentucky.

Oct. 21, 1960.

Louis Lusky, S. Arnold Lynch, Louisville, for appellant.

Louis Brownstein, Louisville, for appellee.

PER CURIAM.

Sales Furniture Company, Incorporated, has moved for an appeal from a judgment in the sum of $860 in favor of Hilco Enterprises, Inc., involving the construction of a lease. The record and briefs have been considered and no error has been found.

The motion for an appeal is overruled and the judgment stands affirmed.